No. 85–1971.   MOUSSEAU v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir.   Certiorari denied.

No. 85–1975.   POLYAK v. HULEN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–1977.   OIL INSURANCE LTD. v. SUPERIOR COURT OF CALIFORNIA, SAN MATEO COUNTY (A. I. U. INSURANCE CO. ET AL., REAL PARTIES IN INTEREST).   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 85–1981.   GREGORY MARKETING CORP. ET AL. v. WAKEFERN FOOD CORP. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–1983.   CARRION v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 85–1988.   FONDO v. MISODI ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–1989.   CROWN ZELLERBACH CORP. v. INGRAM INDUSTRIES, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–1992.   BRIGGS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–1993.   JACKSON v. KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 85–1994.   TUCKER v. MARCUS, JUSTICE, SUPREME COURT OF LOUISIANA, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–1996.   FORSYTHE v. JONES & LAUGHLIN STEEL CORP. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–1997.   LOCAL 134, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO v. HARVSTONE MANUFACTURING CORP. ET AL.   C. A. 7th Cir.   Certiorari denied.